IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
JAN 17 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. __1:07cr09-WHA__ |
| ) | [18 USC 1001] |
| LAKISHA CONSUELA DAY ) | |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about June 6, 2002, in the Middle District of Alabama, the defendant

LAKISHA CONSUELA DAY,

in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in violation of Title 18, United States Code, Section 1001.

### COUNT 2

On or about August 11, 2003, in the Middle District of Alabama, the defendant,

LAKISHA CONSUELA DAY,

in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in violation of Title 18, United States Code, Section 1001.

### COUNT 3

On or about August 24, 2004, in the Middle District of Alabama, the defendant,

LAKISHA CONSUELA DAY,

in a matter within the jurisdiction of the executive branch of the Government of the United States,

knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in violation of Title 18, United States Code, Section 1001.

## COUNT 4

On or about June 20, 2005, in the Middle District of Alabama, the defendant,

LAKISHA CONSUELA DAY,

in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney