IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 JAN 22 P 3: 56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07-cr-09-WHA |
| | ) | |
| LAKISHA DAY | ) | |

### MOTION FOR LEAVE TO AMEND INDICTMENT

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and request that the Court grant its' Motion For Leave to Amend Indictment, and as grounds states as follows:

1. Federal Rules of Criminal Procedure, Rule 7(e) allows the Court to amend an indictment at any time before the verdict or finding, "Unless an additional or different offense is charged or a substantial right of the defendant is prejudiced" 7(e) F.R.Cr.P.

2. The indictment in this case states that the division, or location within the Middle District of Alabama, that is the location of offense is the "SOUTHERN" division when, in fact, the division is the "EASTERN" division of the Middle District of Alabama.

3. The government respectfully requests that the Court permit the amendment of the Indictment to reflect the proper division or location of the charged offense.

4. No additional offense will be charged and no substantial right(s) of the defendant will be prejudiced by such amendment.

Based on the above, the Government requests that the Court grant leave to amend the

Indictment to reflect the proper division as "EASTERN".

Respectfully submitted this the 22nd day of January, 2007.

                                                LEURA GARRETT CANARY
                                                UNITED STATES ATTORNEY

                                                */s/ Susan R. Redmond*
                                                SUSAN R. REDMOND
                                                Assistant United States Attorney
                                                Post Office Box 197
                                                Montgomery, Alabama 36101-0197
                                                334.223.7280
                                                334.223.7135   fax
                                                susan.redmond@usdoj.gov