COURTROOM DEPUTY MINUTES          DATE:   FEBRUARY 20, 2007

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:05 – 1:06

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** SUSAN R. WALKER     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:07CR-9-WHA-CSC        **DEFENDANT NAME:** LAKISHA C. DAY

### APPEARANCES

GOVERNMENT                                DEFENDANT COUNSEL
ATTY. SUSAN R. REDMOND                    ATTY. CHRISTINE FREEMAN

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:** None

☑ **PLEA STATUS:** Possible plea;

☑ **TRIAL STATUS:** Will take 2 days to try case.

☐ **REMARKS:**