IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 1:07cr009-WHA |
| LAKISHA CONSUELA DAY | ) | |

## ORDER

This case is before the court on the Unopposed Motion to Continue (Doc. #16), filed by the Defendant on February 27, 2007. For the reason that defense counsel is in need of additional time to adequately pursue investigation necessary for plea negotiations, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term commencing March 12, 2007, to the term of court commencing April 23, 2007.

DONE this 28th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE