## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:07-CR-09-WHA |
| | ) | |
| LAKISHA CONSUELA DAY | ) | |

### UNOPPOSED MOTION TO CONTINUE
### PLEA DATE OF APRIL 16

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161(h), and respectfully moves this Court to move this matter from the April 16 plea docket, to a date after April 23.

In support of this Motion, defendant would show:

1. Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does not oppose this motion.

2. This matter will not be proceeding to trial; however, the exact terms of the plea agreement are still under negotiation. Counsel for the defense and the government have discussed this matter on multiple occasions and discussed possible resolutions. Defense counsel requires additional time to obtain and present requested records to the prosecution. The records relate to substantial mitigation, which may affect the specific terms of a jointly-proposed resolution.

3. Defendant is simultaneously filing an Unopposed Motion to Continue the Trial Date of April 23.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Lakisha Day
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Lakisha Day
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org