IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:07cr09-WHA |
| | ) | |
| LAKISHA CONSUELA DAY | ) | |

## ORDER

Upon consideration of the *Motion to Continue the Change of Plea Hearing* (doc. # 20) filed by the defendant on April 12, 2007, and for good cause, it is

**ORDERED** that the motion to continue (doc. # 20) be and is hereby **GRANTED**. The Change of Plea Hearing now set for **April 16, 2007** be and is hereby **CONTINUED** to **May 9, 2007 at 9:30 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding

Done this 13th day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE