IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:07cr009-WHA |
| LAKISHA CONSUELA DAY ) | |

## **ORDER**

Upon consideration of the Unopposed Motion to Continue Trial Date of April 23 (Doc. #21), the court finds that, for the reason that the Defendant and the United States are in need of additional time to resolve a plea agreement, the ends of justice to be served by granting the continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED to the term of court commencing June 4, 2007.

DONE this 16th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE