# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v ) | **CR. NO. 3:07CR-9-WHA** |
| ) | |
| **LAKISHA CONSUELA DAY** ) | |

## ORDER

Upon consideration of the *Unopposed Motion to Continue Plea Date* (doc. #24) filed on May 7, 2007, and for good cause, it is

**ORDERED** that the motion be and is hereby **GRANTED**. The Change of Plea hearing now set for May 9, 2007 be and is hereby **CONTINUED** to **May 16, 2007 at 2:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 7th day of May, 2007.

                                        /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE