IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:07-CR-09-WHA** |
| ) | |
| **LAKISHA CONSUELA DAY** ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Patricia Kemp, and enters her appearance as counsel for **LAKISHA CONSUELA DAY**, in the above-styled matter.

Dated this 7th day of May 2007.

Respectfully submitted,

*s/Patricia Kemp*
**PATRICIA KEMP**
ASB-4592-R80K
Attorney for Defendant
Federal Defenders Middle District of Alabama
201 Monroe Street,
Suite 407 Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: patricia_kemp@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:07-CR-09-WHA** |
| | ) | |
| **LAKISHA CONSUELA DAY** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan R. Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

        *s/Patricia Kemp*
        **PATRICIA KEMP**
        ASB-4592-R80K
        Attorney for Defendant
        Federal Defenders Middle District of Alabama
        201 Monroe Street,
        Suite 407 Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353
        E-Mail: patricia_kemp@fd.org