IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:07-CR-09-WHA |
| | ) | |
| LAKISHA CONSUELA DAY | ) | |

### MOTION TO WITHDRAW MOTION TO CONTINUE

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and moves to withdraw and strike the Motion to Continue filed earlier today in this case (Doc. 27.) Due to undersigned counsel's error, this motion was filed in error in the WRONG case.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Lakisha Day
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____ 20___
_____
UNITED STATES DISTRICT JUDGE