**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:07-CR-09-WHA** |
| | ) | |
| **LAKISHA CONSUELA DAY** | ) | |

**UNOPPOSED MOTION TO CONTINUE**
**TRIAL DATE OF JUNE 4**

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161(h), and respectfully moves this Court to move this matter from the June 4 trial docket, to a later docket.

In support of this Motion, defendant would show:

1.      Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does <u>not</u> oppose this motion.

2.      This matter will <u>not</u> be proceeding to trial and Ms. Day has filed a Notice of Intent to Plead Guilty.

3.      The exact terms of the plea agreement are still under negotiation.  Counsel for the defense and the government have discussed this matter on multiple occasions and discussed possible resolutions. Defense counsel has presented information to the prosecution related to these negotiations and the prosecution has requested information. Defense counsel therefore requests additional time to obtain and present requested records to the prosecution. The records relate to substantial mitigation, which may affect the specific terms of a jointly-proposed resolution.

4.      Defendant is simultaneously filing an Unopposed Motion to Continue the Plea

Date of May 16, and has requested that the plea be set on a date after June 4.

WHEREFORE, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Lakisha Day
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square,

Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Lakisha Day
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org