IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:07cr09-WHA |
| | ) | |
| LAKISHA CONSUELA DAY | ) | |

## ORDER

Upon consideration of the *Motion to Continue the Change of Plea Hearing* (doc. # 30) filed by the defendant on May 15, 2007, and for good cause, it is

**ORDERED** that the motion to continue (doc. # 30) be and is hereby **GRANTED** and the Change of Plea Hearing now set for **May 16, 2007** be and is hereby **CONTINUED GENERALLY** pending further order of the court.

Done this 15th day of May, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE