IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:07cr009-WHA |
| LAKISHA CONSUELA DAY ) | |

### **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial Date of June 4 (Doc. #31), filed on May 15, 2007, by the Defendant.

The court finds, for the reason that additional time is needed for the Defendant and the Government to complete the terms of a plea agreement, that the ends of justice to be served by granting the continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from June 4, 2007, to the term of court commencing July 9, 2007.

DONE this 16th day of May, 2007.

       /s/ W. Harold Albritton
       W. HAROLD ALBRITTON
       SENIOR UNITED STATES DISTRICT JUDGE