IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR NO.   1:07CR-9-WHA |
| ) | |
| LAKISHA CONSUELA DAY | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case for July 9, 2007, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **June 18, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 17th day of May, 2007.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE