# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 1:07-CR-09-WHA |
| ) | |
| LAKISHA CONSUELA DAY ) | |

## UNOPPOSED MOTION TO CONTINUE
## TRIAL DATE OF JULY 9

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161(h), and respectfully moves this Court to move this matter from the July 9, 2007 trial docket, to a later docket.

In support of this Motion, defendant would show:

1.   Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does <u>not</u> oppose this motion.

2.   The United States has agreed to recommend pretrial diversion for Ms. Day.

3.   Undersigned counsel is now contacting the U.S. Probation Office, to arrange for an interview related to disposition of this matter by pretrial diversion.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Lakisha Day
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407

>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

>s/Christine A. Freeman
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Lakisha Day
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org