## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 1:07-CR-09-WHA |
| ) | |
| LAKISHA CONSUELA DAY ) | |

### UNOPPOSED MOTION TO CONTINUE
### TRIAL DATE OF AUGUST 6

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161(h), and respectfully moves this Court to move this matter from the August 6, 2007 trial docket, to a later docket.

In support of this Motion, defendant would show:

1. Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does not oppose this motion.

2. The United States has agreed to recommend pretrial diversion for Ms. Day.

3. Ms. Day has an interview with the U.S. Probation Office, scheduled for July 26, 2007, for screening for pretrial diversion.

4. However, the screening process by the U.S. Probation Office is not likely to have been completed by the trial date of August 6.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**

>Attorney for Lakisha Day
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Lakisha Day
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org