IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA           )

vs.                                )    CR. NO. 1:07cr009-WHA

LAKISHA CONSUELA DAY               )

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial Date of August 6 (Doc. #39), filed by the Defendant on July 25, 2007.  For the reason that additional time is needed to complete the screening process for pretrial diversion, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial.  Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing August 6, 2007, to the term of court commencing September 17, 2007.

DONE this 26th day of July, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE