IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:07cr009-WHA |
| LAKISHA CONSUELA DAY ) | |

**ORDER**

This case is before the court on the Unopposed Motion to Continue Trial Date of September 17 (Doc. #41), filed by the Defendant on September 5, 2007.  The United States does not oppose the motion.

For the reason that the United States has agreed to recommend pretrial diversion for the Defendant and consideration of pretrial diversion is not expected to be concluded by September 17, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial.  Therefore, the motion is GRANTED, and it is hereby

ORDERED that trial of this case is CONTINUED from the term commencing September 17, 2007, and RESET for the term commencing October 2, 2007.

DONE this 6th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE