IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:07cr009-WHA |
| LAKISHA CONSUELA DAY ) | |

## **ORDER**

Upon consideration of the Motion for Leave to Dismiss Indictment, heretofore filed in the above styled cause, and for good cause shown, the court is of the opinion that the motion should be and the same hereby is GRANTED. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the court that said motion be and the same is hereby GRANTED, and this case is DISMISSED without prejudice.

DONE this 26th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE